UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MICHAEL LORUSSO,
    Petitioner,

vs.                                                   Case No.:  1:25cv263/MCR/ZCB

SECRETARY FLORIDA DEPARTMENT
OF CHILDREN AND FAMILIES,
    Respondent.
_____/

## ORDER

The Magistrate Judge issued a Report and Recommendation on September 19, 2025.  *See* ECF No. 7.  The Court furnished the petitioner a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of all timely filed objections.[1]

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

---

[1] Plaintiff has filed two "Motions for Reconsideration", ECF Nos. 10 and 11, which the Court construes as his objection(s) to the Report and Recommendation.

1

1. The Magistrate Judge's Report and Recommendation, ECF No. 7, is adopted and incorporated by reference in this order.

2. The amended habeas petition under 28 U.S.C. § 2241, ECF No. 4, is **DISMISSED** without prejudice as duplicative and based on *Younger* abstention.

3. All pending motions are **DENIED** as moot.

4. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 6th day of January 2026.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**